# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| PATRICK A. TUCKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DECATUR & EASTERN ILLINOIS ) <br> RAILROAD, LLC, A DELAWARE LIMITED ) <br> LIABILITY COMPANY, AND WATCO ) <br> COMPANIES, LLC, A DELAWARE ) <br> LIMITED LIABILITY COMPANY, ) <br> ) <br> Defendants. ) | Case No. <br><br> Removal from the Fifth Judicial Circuit Court of Illinois, Coles County, Charleston, IL <br><br> Case No. 2021-L-35 |

## NOTICE OF REMOVAL

Defendants, DECATUR & EASTERN ILLINOIS RAILROAD, LLC, A DELAWARE LIMITED LIABILITY COMPANY, and WATCO COMPANIES, LLC, improperly named as a defendant in this matter ("Defendants"), by their attorneys, hereby notify this Court of the removal of the above-styled cause from the Fifth Judicial Circuit Court of Illinois, Coles County, Charleston, Illinois, to the United States District Court for the Central District of Illinois, Urbana Division, pursuant to 28 U.S.C. § 1446(a), and state as follows:

### TIMELY REMOVAL

1. On September 27, 2021, Plaintiff filed a Complaint in the Fifth Judicial Circuit Court of Illinois, Coles County, Charleston, Illinois, the above-entitled civil action, bearing Case No. 2021L35 (the "State Court Action").

2. Defendants were served on October 6, 2021.

3. Pursuant to 28 U.S.C. 1446(a), a complete copy of all process, pleadings, and orders served upon Defendants in the State Court Action are attached as Exhibit A.

4.     Plaintiff's Complaint raises an age discrimination claim under the Age Discrimination in Employment Act, 29 U.S.C. §621, et seq. (See Ex. A).

5.     Defendants have filed no pleadings nor have Defendants appeared in the State Court Action.

6.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it was filed within 30 days after receipt by Defendants of the Complaint.

### VENUE

7.     The Circuit Court of Coles County, Illinois is located within the Central District of Illinois, Urbana Division. 28 U.S.C. § 93.  Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

### FEDERAL QUESTION JURISDICTION

8.     This action is properly removable under 28 U.S.C. § 1441(a) because the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

9.     Plaintiff's Complaint alleges that Defendants violated the Age Discrimination in Employment Act, 29 U.S.C. §621, et seq.

10.    By asserting claims under federal law, namely, the ADEA, Plaintiff's Complaint asserts a federal question under 28 U.S.C. §1331.  Accordingly, this case is properly removable under 28 U.S.C. § 1441(a).

**RESERVATION OF RIGHTS**

11. Defendants' filing of this Notice of Removal is not intended, nor should be construed, as any type of express or implied admission by Defendants of any fact, of the validity or merits of any of Plaintiff's claims and allegations, or of any liability for the same, all of which is/are hereby expressly denied, or as any type of express or implied waiver or limitation of any of Defendants' rights, claims, remedies, and defenses in connection with this action, all of which are hereby expressly reserved.

**CONCLUSION**

12. Defendants timely remove this case to federal court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446 based on federal question jurisdiction.

13. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly give written notice of the filing of the Notice of Removal to Plaintiff and will file a copy of this Notice with the Clerk of the Circuit Court of Coles County, Illinois.

WHEREFORE, Defendants, DECATUR & EASTERN ILLINOIS RAILROAD, LLC, A DELAWARE LIMITED LIABILITY COMPANY, and WATCO COMPANIES, LLC, improperly named as a defendant in this matter, notify this Court of the removal of this action from the Circuit Court of Coles County, Illinois to the United States District Court for the Central District of Illinois.

Dated: October 18, 2021.

                    Respectfully submitted,

                    DECATUR & EASTERN ILLINOIS RAILROAD, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AND WATCO COMPANIES, LLC, A DELAWARE LIMITED LIABILITY COMPANY

                    By:  /s/ Jennifer H. Kay
                                One of Its Attorneys

Jennifer H. Kay,
OGLETREE, DEAKINS, NASH, SMOAK &
  STEWART, P.C.
155 N. Wacker Drive
Suite 4300
Chicago, IL  60606
312-558-1220

Dated:  October 18, 2021

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 18th of October, 2021, the foregoing NOTICE OF REMOVAL was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Garth E. Flygare
Smallhorn Law LLC
600 Jackson Avenue
Charleston, Illinois 61920
gflygare@smallhornlaw.com
217.348.5253

/s/ Jennifer H. Kay

48924120.1