E-FILED
Monday, 18 October, 2021 03:42:51 PM
Clerk, U.S. District Court, ILCD

# Exhibit A

IN THE CIRCUIT COURT
FOR THE FIFTH JUDICIAL CIRCUIT OF ILLINOIS
COLES COUNTY, CHARLESTON, ILLINOIS

Patrick A. Tucker,

Plaintiff,

vs.

No. 2021-L-35

Decatur & Eastern Illinois Railroad, LLC, a Delaware limited liability company, and Watco Companies, LLC, a Delaware limited liability company,

Defendants.

**SUMMONS**

To: Watco Companies, LLC
Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the Office of the Clerk of this Court, Coles County Courthouse, Charleston, Illinois, within thirty (30) days after service of this SUMMONS, exclusive of the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first set up an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illnoiscourts.gof/FAQ/gethelp.asp.

This SUMMONS must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, SUMMONS shall be returned so endorsed.

This SUMMONS may not be served later than thirty (30) days after its date.

WITNESS: 9/28/2021

Melissa Hunt
(Clerk of the Circuit Court)

(Deputy)

PROOF OF SERVICE

SHERIFF'S FEES
( Service and return........ $______________
( Miles________________ $______________
( Total............................ $______________

______________________________
Sheriff of Sangamon County

I certify that I served this SUMMONS on Defendant as follows:

**(a)** (Individual Defendant - personal):

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the Defendant with whom he left the attached document and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when they were left with the Defendant.)

______________________________________________________________________________

______________________________________________________________________________

**(b)** (Individual Defendant - abode):

By leaving a copy of the attached at the usual place of abode of the Defendant with a person of Defendant's family, of the age of thirteen (13) years or upwards, informing that person of the contents of the SUMMONS with attached document.

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the Defendant with whom he left the attached document and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the attached document was left with the Defendant.)

______________________________________________________________________________

and also by sending a copy of the attached document in a sealed envelope with postage fully prepaid, addressed to the Defendant at Defendant's usual place of abode, as follows:

| **Name of Defendant** | **Mailing Address** | **Date of Mailing** |
|---|---|---|
| ______________ | ______________ | __________ |

**(c)** (Corporate Defendant):

By leaving a copy of the attached document with the registered agent, officer or agent of each defendant corporation, as follows:

| **Name of Corporation** | **Registered Agent, Officer or agent** | **Date of Service** |
|---|---|---|
| ______________ | ______________ | __________ |

**(d)** (Other service):

______________________________________________________________________________

______________________, Sheriff of Sangamon County

By:______________________
(Deputy)

EFILED
9/27/2021 10:53 AM
Melissa Hurst
Circuit Clerk
Coles County, Illinois

IN THE CIRCUIT COURT
FOR THE FIFTH JUDICIAL CIRCUIT OF ILLINOIS
COLES COUNTY, CHARLESTON, ILLINOIS

| | | |
|---|---|---|
| Patrick A. Tucker, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2021-L-__ |
| | ) | |
| Decatur & Eastern Illinois Railroad, LLC, a Delaware limited liability company, and Watco Companies, LLC, a Delaware limited liability company, | ) | 2021L35 |
| | ) | |
| Defendants. | ) | |

**COMPLAINT AT LAW**
**(29 U.S.C. § 623(a)(1))**

Now comes Plaintiff, Patrick A. Tucker, by and through Garth E. Flygare of Smallhorn Law, LLC, his attorney, and, for his Complaint at Law against Defendants, Decatur & Eastern Illinois Railroad, LLC, a Delaware limited liability company, and Watco Companies, LLC, a Delaware limited liability company, states:

1. At all times relevant hereto, Plaintiff, Patrick A. Tucker, was a resident of Illinois.

2. At all times relevant hereto, Defendants, Decatur & Eastern Illinois Railroad, LLC (hereinafter "DEIR") and Watco Companies, LLC (hereinafter "Watco"), were transacting business in Coles County, Illinois.

3. This Court has jurisdiction to hear Plaintiff's claim pursuant to 29 U.S.C. § 626.

4. Plaintiff began working for Eastern Illinois Railroad Company (hereinafter "EIRC") in or around May of 2018.

5. DEIR was organized on or about July 11, 2018.

6. Plaintiff was notified on or about November of 2019 that EIRC was being sold and that he and other EIRC employees would need to reapply with the new owners in order to continue their employment.

7. Watco was the purchaser of EIRC.

8. Defendants acted jointly in making employment decisions regarding the newly organized DEIR, and their operations are interrelated.

9. Defendants are together engaged in an industry affecting commerce, have 20 or more employees working each day of 20 or more calendar weeks in the current or preceding calendar year, and are "employers" as the term is defined under 29 U.S.C. § 630(b).

10. Plaintiff applied for employment as a conductor with Defendants on or about November 27, 2019.

11. Plaintiff interviewed with agents of Defendants for the position of conductor with Defendants on or about December 4, 2019.

12. At the time of the interview and through the application process, Defendants had the records of EIRC and were aware of the age of Plaintiff.

13. Plaintiff was notified on or about December 23, 2019 that his employment with EIRC was being terminated in connection with the sale to Watco, with the last physical day of employment being December 31, 2019.

14. Plaintiff was notified on or about December 16, 2019, by agents of Defendants that he did not get the applied-for position with Defendants.

15. At the time of Plaintiff's interview, and when the decision to not hire Plaintiff took place, Plaintiff was 62 years of age.

16. Defendants did not hire any of the applicants over the age of 47, despite those applicants being well-qualified.

17. Defendants did not articulate a reason for not hiring Plaintiff at the time he was notified.

18. Defendants later claimed that Plaintiff was not hired due to a low score on a Behavior Based Interview test result.

19. The Behavior Based Interview did not include any questions concerning the applied-for position.

20. The Behavior Based Interview only included questions that were subjective and concerned issues such as honesty and trust.

21. The articulated reason for not hiring Plaintiff was pretextual.

22. Defendants did not hire Plaintiff because of his age in violation of 29 U.S.C. § 623(a)(1).

23. Defendants' conduct in not hiring the oldest applicants, including Plaintiff, was a willful violation, as Defendants intentionally selected younger applicants with knowledge of their unlawful conduct.

24. Plaintiff was well-qualified for the position applied, with 27 years of experience as a conductor.

25. Defendants hired other applicants for the position applied for by Plaintiff who were less qualified to work in the position.

26. As a direct and proximate result of Defendants' age-based discrimination against Plaintiff, he has suffered damages, including lost benefits, lost backpay, lost future earnings, attorneys' fees, and court costs.

27. Plaintiff filed a complaint with the Illinois Department of Human Rights and the Equal Employment Opportunity Commission, and the Equal Employment Opportunity Commission prepared a Dismissal and Notice of Rights on June 30, 2021. Said Dismissal and Notice of Rights was mailed on July 1, 2021 and Received by Plaintiff on July 6, 2021, after the July 5, 2021 observance of Independence Day.

28. Plaintiff was provided 90 days from the date of his receipt of said Dismissal and Notice of Rights within which to bring a civil action pursuant to 29 U.S.C. § 626(e).

WHEREFORE, Plaintiff, Patrick A. Tucker, prays that judgment be entered in his favor and against Defendants, Decatur & Eastern Illinois Railroad, LLC and Watco Companies, LLC, in an amount in excess of Fifty Thousand and 00/100 dollars ($50,000.00) for damages of the following categories in addition to such further relief as this Court deems equitable and just under the circumstances:

A. Statutory damages for lost wages, benefits, and other compensation;

B. Liquidated damages; and

C. Attorneys' fees, expert witness fees, and court costs.

Dated this 27th day of September, 2021.

Patrick A. Tucker, Plaintiff,

By: /s/ Garth E. Flygare
Garth E. Flygare
of Smallhorn Law LLC

Garth E. Flygare
Smallhorn Law LLC
600 Jackson Avenue
Charleston, Illinois 61920
T: 217-348-5253
E: gflygare@smallhornlaw.com
ARDC: 6320617

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to the matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

Patrick A. Tucker, Plaintiff

IN THE CIRCUIT COURT
FOR THE FIFTH JUDICIAL CIRCUIT OF ILLINOIS
COLES COUNTY, CHARLESTON, ILLINOIS

| | | |
|---|---|---|
| Patrick A. Tucker,<br><br>Plaintiff,<br><br>vs.<br><br>Decatur & Eastern Illinois Railroad, LLC, a Delaware limited liability company, and Watco Companies, LLC, a Delaware limited liability company,<br><br>Defendants. | ) | No. 2021-L-__ |

**JURY DEMAND**

Plaintiff, Patrick A. Tucker, hereby demands Trial by Jury of 12 persons on all issues and Counts of Plaintiff's Complaint at Law herein, as it may be amended from time to time.

Patrick A. Tucker, Plaintiff,

By: /s/ Garth E. Flygare
Garth E. Flygare
of Smallhorn Law LLC

Garth E. Flygare
Smallhorn Law LLC
600 Jackson Avenue
Charleston, Illinois 61920
T: 217-348-5253
E: gflygare@smallhornlaw.com
ARDC: 6320617

IN THE CIRCUIT COURT
FOR THE FIFTH JUDICIAL CIRCUIT OF ILLINOIS
COLES COUNTY, CHARLESTON, ILLINOIS

| | | |
|---|---|---|
| Patrick A. Tucker,<br><br>Plaintiff,<br><br>vs.<br><br>Decatur & Eastern Illinois Railroad, LLC, a Delaware limited liability company, and Watco Companies, LLC, a Delaware limited liability company,<br><br>Defendants. | ) | No. 2021-L-__ |

**AFFIDAVIT/CERTIFICATION PURSUANT TO RULE 222**

I, Garth E. Flygare, pursuant to penalties provided by law pursuant to Section 1-109 of the Code of Civil Procedure, certify that the damages sought in this Complaint are in excess of Fifty Thousand and 00/100 dollars ($50,000.00).

/s/ Garth E. Flygare
Garth E. Flygare
of Smallhorn Law LLC

Garth E. Flygare
Smallhorn Law LLC
600 Jackson Avenue
Charleston, Illinois 61920
T: 217-348-5253
E: gflygare@smallhornlaw.com
ARDC: 6320617

**From:** sop <sop@cscinfo.com>
**Sent:** Friday, October 8, 2021 10:29 AM
**To:** legal.claims-lit
**Subject:** Notice of Service of Process - Transmittal Number: 23889690

This email originated from outside the company. Please use caution when opening attachments or clicking on links. Suspicious emails should be reported to emailthreats@watco.com




**NOTICE OF SERVICE OF PROCESS**

**Transmittal Number: 23889690**
(Click the Transmittal Number to view your SOP)

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

| | |
|---|---|
| **Entity:** | Decatur & Eastern Illinois Railroad, L.L.C. |
| **Entity I.D. Number:** | 3833680 |
| **Entity Served:** | Decatur & Eastern Illinois Railroad, LLC |
| **Title of Action:** | Patrick A. Tucker vs. Decatur & Eastern Illinois Railroad, LLC |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | Coles County Circuit Court, Illinois |
| **Case/Reference No:** | 2021L35 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 10/06/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Garth E. Flygare
217-348-5253

**Primary Contact:**
Matt Rengel
Watco Companies, L.L.C.

**Electronic copy provided to:**
Michael Gray
Legal Department
Craig Richey
Sara Peak
Ms. Lori Magee
Kevin Maughan

---

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

---

**251 Little Falls Drive, Wilmington, Delaware 19808-1674**
**(888) 690-2882 | sop@cscglobal.com**

**From:** sop <sop@cscinfo.com>
**Sent:** Friday, October 8, 2021 10:29 AM
**To:** Matt Rengel
**Subject:** Notice of Service of Process - Transmittal Number: 23889690

This email originated from outside the company. Please use caution when opening attachments or clicking on links. Suspicious emails should be reported to emailthreats@watco.com




**NOTICE OF SERVICE OF PROCESS**

**Transmittal Number: 23889690**
(Click the Transmittal Number to view your SOP)

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

| | |
|---|---|
| **Entity:** | Decatur & Eastern Illinois Railroad, L.L.C. |
| **Entity I.D. Number:** | 3833680 |
| **Entity Served:** | Decatur & Eastern Illinois Railroad, LLC |
| **Title of Action:** | Patrick A. Tucker vs. Decatur & Eastern Illinois Railroad, LLC |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | Coles County Circuit Court, Illinois |
| **Case/Reference No:** | 2021L35 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 10/06/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Garth E. Flygare
217-348-5253

**Primary Contact:**
Matt Rengel
Watco Companies, L.L.C.

**Electronic copy provided to:**
Michael Gray
Legal Department
Craig Richey
Sara Peak
Ms. Lori Magee
Kevin Maughan

---

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

---

**251 Little Falls Drive, Wilmington, Delaware 19808-1674**
**(888) 690-2882 | sop@cscglobal.com**